Clerk to:

The Honorable Kent A. Jordan          05-21-05

May I please receive a docket sheet on both:

Filed 07·19·04   Civil Case #: 04-CV-708-KAJ

and

Filed 02-09-05   Habeas Action #: 04-1368-KAJ

for my viewing and file. Please!!

Albert A Muto
Sbi 143617
D.C.C.
1181 Paddock Rd
Smyrna, De  19977

RE: STATUS;     CA 04-708 KAJ
    docket sheet:  04-1368 KAJ

FILED
MAY 24 2005
U.S. DISTRICT COURT

BD scanned





Office of Clerk to:
The Honorable Kent A. Jordan
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570

I/M MUTO A. A.
SBI# 143617 UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977