

Peter T. Dalleo  -05-26-05

Thank you for the Civil Docket for CV0708 KAJ

but you forgot to insert same said for Habeas Action # (04-1368 KAJ) Docket sheet ???

FILED
JUN -6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Albert A Muto
SBi 143617
DCC
1181 Paddock Rd
Smyrna De
19977

P.S.
See enclosed request dated 05-21-05



I/M MUTO A.A.
SBI# 143617 UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
Honorable Kent A. Jordan
United States District CT
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570