Clerk to:

— The Honorable Kent A. Jordan                                05-21-05

May I please receive a docket sheet on both:

Filed 07-19-04         Civil Case #: 04-CV-708-KAJ
                                     and
Filed 02-09-05    →    Habeas Action #: 04-1368-KAJ

for my viewing and file. Please!!

                              Albert A. Muto
                              Sbi 143617
                              D.C.C.
                              1181 Paddock Rd
                              Smyrna, De   19977

RE: STATUS;         CA 04-708 KAJ
     docket sheet:   04-1368 KAJ

MAY 24 2005

BD scanned