OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 8, 2005

TO: Albert Angelo Muto
    SBI# 143617
    DCC
    1181 Paddock Road
    Smyrna, DE 19977

RE: *Request for Copy of Docket,* 04-1368 (KAJ)

Dear Mr. Muto:

    A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action. A copy of the docket sheet is enclosed, free of charge for this request.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad
enc.

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan