OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 27, 2005

TO: Albert Angelo Muto
SBI #143617
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   **RE:** *Request for Copywork;* 04-1368 and 04-708(KAJ)

Dear Mr. Muto:

   A letter has been received by the Clerk's office from you requesting copies of docket sheets in 04-1368 and 04-708.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork (including docket sheets) in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. The copywork quote for the docket sheet in 04-1368 is $1.50 and the copywork quote for the docket sheet in 04-708 is $1.50

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc: The Honorable Kent A. Jordan

04-1368   DI 19   Sep-19-2005

Honorable Kent A. Jordan

Clerk of Courts

I am requesting two docket sheets and status for the following two different cases.
(One of each Please!!)

1ST  04-1368  K.A.J
1ST Motion-10-20-2004 and also

2nd  04-CV 0708  K.A.J
1ST Motion 04-29-2004

FILED
2005
[Scanned]
COURT
[D]ELAWARE

Sincerely
Willet Angelo Shuts
143617 SBI

Thank you in advance for your help

S. Tate: Bullet

