IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALBERT A. MUTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ. A. No. 04-1368-KAJ |
| ) | |
| THOMAS CARROLL, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this action today, IT IS HEREBY ORDERED that:

1. Albert A. Muto's petition for the writ of habeas corpus, filed pursuant to 28 U.S.C § 2254, is DISMISSED without prejudice for failure to exhaust. (D.I. 1; D.I. 5.)

2. The court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

*[signature]*
UNITED STATES DISTRICT JUDGE

December 7, 2005
Wilmington, Delaware